GEOFFREY HANSEN
Federal Public Defender
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:        Severa_Keith@fd.org

Counsel for Defendant SHANE REPASS

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–00528 EJD |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **CONTINUING STATUS HEARING** |
| SHANE REPASS, | |
| Defendant. | |

        Defendant Shane Repass and the Government, by and through counsel, hereby

stipulate and agree that the status hearing currently set for Monday, January 10, 2022 at 1:30

p.m. may be continued to Monday, March 7, 2022 at 1:30 p.m.

        The reason for the requested continuance is that counsel for the defense has a scheduled

bench trial starting on January 10, 2022, and this hearing could create a scheduling conflict

with the currently set hearing date.

///

///

1   IT IS SO STIPULATED.

2                                           GEOFFREY HANSEN
                                            Acting Federal Public Defender
3

4   Dated: January 7, 2022                 _____/s_____
                                            SEVERA KEITH
5                                           Assistant Federal Public Defender

6

7                                           STEPHANIE HINDS
                                            Acting United States Attorney
8

9   Dated: January 7, 2022                 _____/s_____
                                            CYNTHIA STIER
10                                          Assistant United States Attorney

11                          **<u>ORDER</u>**

12      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

13  hearing currently scheduled for Monday, January 10, 2022 shall be continued to Monday,

14  March 7, 2022 at 1:30 p.m.

15      IT IS SO ORDERED.

16

17  Dated:  January 7, 2022

18                                          HONORABLE EDWARD J. DAVILA
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING HEARING
CR 18–00528 EJD

2