# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-cr-00528-EJD-1 |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| SHANE DANIEL REPASS, | |
| Defendant. | |

This matter came before the Court for Admission of Counts One and Three of the Amended Petition for Summons for Person Under Supervision. ECF No. 90. For the reasons stated on the record, the Court ORDERS Defendant to report to the U.S. Marshals Service Office at the Federal Courthouse in San Jose at 8:30 a.m. on Monday, April 14, 2025, where Defendant shall be held on location in detainment until 4:45 p.m. – at which time the U.S. Marshals Service will release Defendant. Defendant shall promptly report to Courtroom 4 following his release for further proceedings.

**IT IS SO ORDERED.**

DATED: April 7, 2025

_____
EDWARD J. DAVILA
United States District Judge