UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE DANIEL REPASS,<br><br>Defendant. | Case No.  18-cr-00528-EJD-1 (VKD)<br><br>**ORDER OF RELEASE PENDING REVOCATION HEARING** |

On June 29, 2026, defendant Shane Daniel Repass appeared pursuant to a summons for an initial appearance before the Court on an amended petition charging him with violations of his conditions of supervised release.  *See* Dkt. No. 105.  The Probation Officer recommended that Mr. Repass remain out of custody, pending a revocation hearing, but that he be ordered to have no contact with the victim to which charge four of the amended petition refers.   The United States concurred in that recommendation, and Mr. Repass did not object to it.

Having considered the factors set forth in 18 U.S.C. § 3142(g), the matters in the petition, the proffers of counsel for Mr. Repass and for the United States, and the recommendation of the Probation Officer, and for the reasons stated on the record, the Court concludes that Mr. Repass has met his burden to show by clear and convincing evidence that a further condition may be imposed to reasonably assure that he does not pose a danger to the community.  Fed. R. Crim. P. 32.1(a)(6).  No one contends that Mr. Repass is a flight risk.

Accordingly, the Court orders that Mr. Repass shall remain out of custody pending a revocation hearing and imposes the following condition of release:  Mr. Repass must have no contact whatsoever with the victim to which charge four of the amended petition refers (a person

who is known to Mr. Repass).

Mr. Repass must continue to comply with all of the preexisting conditions of his supervised release, which remain unchanged.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2